1

2

3

4

5

6

7

8                          United States District Court

9                        Eastern District of California

10

11

12   Byron Eugene Johnson,

13              Plaintiff,                     Civ. No. S 05-2123 GEB PAN P

14        vs.                                  Order

15   David L. Runnels, Warden, et al.,

16              Defendants.

17                                    -oOo-

18        Plaintiff, a prisoner without counsel, seeks to commence a

19   civil rights action.

20        To commence a civil action a plaintiff must pay the $250.00

21   filing fee required by 28 U.S.C. § 1914(a) or request leave of

22   court to proceed in forma pauperis and submit the affidavit and

23   trust account statement required by 28 U.S.C. § 1915(a).

24        Plaintiff has neither paid the fee nor submitted a proper

25   application for leave to proceed in forma pauperis.

26        Within 30 days from the day this order is signed plaintiff

1   may submit either the filing fee or the application required by

2   § 1915(a).  The clerk of the court is directed to mail to

3   plaintiff a form application for leave to proceed in forma

4   pauperis.  Failure to comply with this order will result in this

5   file being closed.

6        So ordered.

7        Dated:  November 1, 2005.

8                                    /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
9                                    Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26