IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BYRON JOHNSON,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**DAVID RUNNELS, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:05-cv-2123 GEB EFB P<br><br>**ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. §1983. On December 29, 2006, defendants filed a motion for an extension of time to file their responsive pleading, explaining that all documentation necessary to determine how to proceed had not yet been received. Defendants further explained that additional time is necessary to prepare a responsive pleading.

FOR GOOD CAUSE SHOWN, defendants are granted an extension of time, up to and including February 1, 2006, in which to file their responsive pleading.

Dated:  January 8, 2007.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE