1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    BYRON EUGENE JOHNSON,

11              Plaintiff,                    No. CIV S-05-2123 GEB EFB P

12         vs.

13    DAVID L. RUNNELS, et al.,

14              Defendants.                   <u>ORDER</u>

15    _____/

16         Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17    *See* 42 U.S.C. § 1983.  On February 1, 2007, defendant Bailey filed an answer to plaintiff's

18    amended complaint.  On March 19, 2007, plaintiff requested an extension of time in which to file

19    and serve a reply to defendant Bailey's answer .  *See* Fed. R. Civ. P. 6(b).  A reply to defendant's

20    answer is a pleading not authorized by the Federal Rules of Civil Procedure.

21         Accordingly, IT IS HEREBY ORDERED that plaintiff's March 19, 2007, request is

22    denied.

23    Dated:  May 23, 2007.

24                              *Edmund F. Brennan*
                              EDMUND F. BRENNAN

25                              UNITED STATES MAGISTRATE JUDGE

26