IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON JOHNSON,

      Plaintiff,                       No. CIV S-05-2123 GEB EFB P

      vs.

DAVID RUNNELS, et al.,

      Defendants.           ORDER

_____/

      On April 30, 2007, plaintiff filed a request for production of documents.

      Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

      Plaintiff's April 30, 2007 request for production of documents is stricken and the Clerk of the Court shall make a notation on the docket to that effect.

So ordered.

Dated: May 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE