IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BYRON JOHNSON,** | 2:05-cv-2123 GEB EFB P |
| Plaintiff, | **ORDER GRANTING STAY OF DISCOVERY** |
| v. | |
| **DAVID RUNNELS, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. §1983. On May 8, 2007, defendants Jackson, Miranda, and Wagner's moved to stay discovery pending disposition of their motion to dismiss.

Good cause appearing, IT IS HEREBY ORDERED that defendants' motion for stay of discovery is granted and discovery shall not commence, with respect to Defendants Jackson, Miranda, and Wagner, until a final ruling on their motion to dismiss is issued.

Dated: May 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE