IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON JOHNSON,

    Plaintiff,                     2:05-cv-2123-GEB-EFB-P

    vs.

DAVID RUNNELS, et al.,

    Defendants.              <u>ORDER</u>

                             /

        On June 4, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 23, 2007, staying discovery as to defendants Jackson, Miranda and Wagner, pending resolution of their motion to dismiss. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 23, 2007, is affirmed.

Dated: August 10, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge