IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BYRON JOHNSON,** | 2:05-cv-2123 GEB EFB P |
| Plaintiff, | **ORDER VACATING PRETRIAL MOTION DEADLINE** |
| v. | |
| **DAVID RUNNELS, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On July 27, 2007, defendants filed a motion to vacate the pretrial motion deadline pending a decision on defendants' motion to dismiss, which was filed on February 1, 2007. Good cause appearing, the deadline for filing pretrial motions is vacated. This date shall be rescheduled as necessary following a decision on defendants' motion to dismiss.

**SO ORDERED.**

Dated: August 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE