IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON JOHNSON,

      Plaintiff,                     No. CIV S-05-2123 GEB EFB P

    vs.

DAVID RUNNELS, et al.,

      Defendants.           <u>ORDER</u>

                            /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

       On March 3, 2008, plaintiff filed a request for an extension of time to prepare for trial. *See* Fed. R. Civ. P. 6(b). No trial date is currently set for this case and plaintiff's motion is denied as unnecessary.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 4, 2008, motion for appointment of counsel is denied.

2. Plaintiff's March 3, 2008, motion for extension of time (docket no. 75) is denied as unnecessary.

DATED: April 9, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2