IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON JOHNSON,

      Plaintiff,                    No. CIV S-05-2123 GEB EFB P

      vs.

DAVID RUNNELS, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests a 90-day extension of time in which to file and serve responses in opposition to the motions for summary judgment filed by defendants Miranda and Bailey on April 3, 2008, and April 4, 2008, respectively. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's April 24, 2008, request is granted in part and plaintiff has 60 days from the date this order is served to file and serve his oppositions to defendants' motions.

      So ordered.

Dated: April 29, 2008.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE