IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON EUGENE JOHNSON,  )
                       )
        Plaintiff,     )   2:05-cv-2123-GEB-EFB
                       )
     v.                )   ORDER*
                       )
DAVID L. RUNNELS, et al., )
                       )
        Defendants.    )
                       )

      Pro se Plaintiff's motion for reconsideration filed October 19, 2009 is denied.

Dated:  October 29, 2009

                      GARLAND E. BURRELL, JR.
                      United States District Judge

---

   *   This matter was determined to be suitable for decision without oral argument.  E.D. Cal. R. 78-230(h).

1