IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON EUGENE JOHNSON,

       Plaintiff,                              No. CIV S-05-2123 GEB EFB P

      vs.

DAVID L. RUNNELS, et al.,

       Defendants.                 <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

      Plaintiff also requests an extension of time to file and serve his pretrial statement. *See* Fed. R. Civ. P. 6(b). That request is granted.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 25, 2010 request for appointment of counsel is denied.

2. Plaintiff's January 5, 2010 request is granted and plaintiff has 60 days from the date this order is served to file and serve a pretrial statement.

So ordered.

DATED: January 29, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2