IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON EUGENE JOHNSON,

      Plaintiff,                              No. CIV S-05-2123 GEB EFB P

      vs.

DAVID L. RUNNELS, et al.,

      Defendants.                 <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This case will be referred to Magistrate Judge Craig M. Kellison to conduct a settlement conference at High Desert State Prison (HDSP) on May 26, 2010, at 11:00 a.m.

      Accordingly, IT IS HEREBY ORDERED that:

      1. This case is set for a settlement conference before Magistrate Judge Craig M. Kellison on May 26, 2010, at 11:00 a.m. at High Desert State Prison, 475-750 Rice Canyon Road, Susanville, California 96127;

      2. Parties shall appear with full settlement authority;

      3. The parties are to provide confidential settlement conference statements to Sujean Park, 501 I Street, Suite 4-200, Sacramento, California 95814, to be received no later than May 17, 2010; and

1

1      4.  The Clerk of the Court is directed to serve a copy of this order on the Litigation Office
2  at High Desert State Prison via facsimile at (530) 251-5031.
3  DATED:  May 3, 2010.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2