## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

BYRON EUGENE JOHNSON,

        Plaintiff,                      No. CIV S-05-2123 KJM EFB P

  vs.

DAVID L. RUNNELS, et al.,

        Defendants.            **ORDER & WRIT OF HABEAS CORPUS**
                                             /               **AD TESTIFICANDUM**

        Byron Eugene Johnson, inmate # T-43538, a necessary and material witness in proceedings in this case on April 6, 2011, is confined to High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, CA, 96127-0750, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear by video-conferencing at High Desert State Prison, April 6, 2011 at 11:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, CA, 96127-0750:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  February 17, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE